JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-08703-RGK-JC | Date | January 25, 2022 |
|---|---|---|---|
| Title | *Pacific Blue Garment Solutions v. Sentinel Insurance Company* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to State Court

    On September 14, 2021, Pacific Blue Garment Solutions ("Plaintiff") filed a Complaint against Sentinel Insurance Company ("Defendant") alleging Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing. On November 4, 2021, Defendant removed the action to this Court on ground of diversity jurisdiction. In its Notice of Removal, Defendant simply states, without supporting evidence, that communications between the parties reveal that the amount in controversy is $1,725,000. Without more, the Court finds that Defendant has failed to plausibly allege that the minimum amount in controversy is satisfied, and therefore remands the action to the state court from which it was removed.

    **IT IS SO ORDERED.**

_____ : _____

Initials of Preparer